IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAWN D. KENNEDY                                                                                          PLAINTIFF

V.                                       NO.  2:10-CV-02199

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                    DEFENDANT

O R D E R

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this January 27, 2012.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+